# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY BETZ, | ) |
|     Plaintiff, | ) |
| | )   No. 3:15-cv-324 |
| vs. | ) |
| SOUTHWEST CREDIT SYSTEMS, L.P., | ) |
|     Defendant. | ) |

Now comes the Plaintiff, GREGORY BETZ, by and through his attorney, MITCHEL E. LUXENBURG, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice.

          Respectfully Submitted,

          <u>/s/ Mitchel E. Luxenburg</u>
          Mitchel E. Luxenburg (42021)
          The Law Firm of Mitch Luxenburg
          Attorney for Plaintiff
          P.O. Box 22282
          Beachwood, OH 44122
          (216) 452-9301 (phone)
          (866) 551-7791 (facsimile)
          mitch@mluxlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2015, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
The Law Firm of Mitch Luxenburg
Attorney for Plaintiff
P.O. Box 22282
Beachwood, OH 44122
(216) 452-9301 (phone)
(866) 551-7791 (facsimile)
mitch@mluxlaw.com